| | |
|---|---|
| 1 | **LEVIN SIMES KAISER & GORNICK LLP**<br>Jeffrey A. Kaiser (State Bar No. 160594) |
| 2 | Jessica Biernier (State Bar No. 239831)<br>44 Montgomery Street, 36th Floor |
| 3 | San Francisco, California 94104<br>Telephone: (415) 646-7160 |
| 4 | Facsimile: (415) 981-1270<br>E-mail: jkaiser@lskg-law.com |
| 5 | jbiernier@lskg-law.com |
| 6 | Attorneys for Plaintiffs<br>GERALDINE BURTON, MARK BURTON |
| 7 | and BLAINE BURTON |
| 8 | **BRYAN CAVE LLP**<br>Robert E. Boone III (State Bar No. 132780) |
| 9 | Amy M. Gantvoort (State Bar No. 227294)<br>120 Broadway, Suite 300 |
| 10 | Santa Monica, California 90401-2386<br>Telephone: (310) 576-2100 |
| 11 | Facsimile: (310) 576-2200<br>E-mail: reboone@bryancave.com |
| 12 | amy.gantvoort@bryancave.com |
| 13 | Attorneys for Defendant<br>McDONNELL DOUGLAS CORPORATION |
| 14 | |
| 15 | **PERKINS COIE LLP**<br>Ronald McIntire (State Bar No. 127407) |
| 16 | Bo Kim (State Bar No. 217394)<br>1620 26th Street, 6th Floor |
| 17 | Santa Monica, California 90404<br>Telephone: (310) 788-9900 |
| 18 | Facsimile: (310) 788-3399<br>E-mail: RMcIntire@perkinscoie.com |
| 19 | BKim@perkinscoie.com |
| 20 | Attorneys for Defendant<br>THE BOEING COMPANY |
| 21 | **TUCKER ELLIS & WEST LLP** |
| 22 | Lillian Ma (State Bar No. 210103)<br>Brian T. Clark (State Bar No. 184003) |
| 23 | One Market, Stuart Tower, Suite 1300<br>San Francisco, California 94105 |
| 24 | Telephone: (415) 617-2400<br>Facsimile: (415) 617-2409 |
| 25 | E-mail: lillian.Ma@TuckerEllis.com<br>brian.Clark@tuckerellis.com |
| 26 | Attorneys for Defendant<br>UNITED TECHNOLOGIES CORPORATION fka |
| 27 | PRATT & WHITNEY, INC. |
| 28 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE BURTON, individually and as personal representative to the estate of HAROLD BURTON, decedent; BLAINE BURTON, MARK BURTON and DOES ONE through TEN, inclusive,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. C 07-0712 SI<br>(related to Case No. C 07-00702 SI, C 07-00703 SI)<br><br>**STIPULATION TO CONSOLIDATE CASES AND [PROPOSED ORDER]**<br><br>Date:　May 11, 2007<br>Time:　2:00 p.m.<br>Dept.:　Courtroom 10, 19th Floor |

　　　　This Stipulation to Consolidate case numbers C 07-00702, C 07-00703, and C 07-00712 ("Stipulation") is entered into by plaintiffs Geraldine Burton, Mark Burton and Blaine Burton (collectively, "Plaintiffs") and defendants McDonnell Douglas Corporation, The Boeing Company and United Technologies Corporation (collectively, "Defendants"), for themselves and no other defendants, through their respective counsel of record. This Stipulation is entered into with reference to the following facts:

　　　　1.　On February 2, 2007, Defendants, each individually, removed this consolidated asbestos personal injury and wrongful death action to this Court on "federal officer" grounds pursuant to 28 U.S.C. section 1442(a)(1).

　　　　2.　Defendant McDonnell Douglas Corporation was assigned case number C 07-00702; Boeing was assigned C 07-00712; and United Technologies was assigned C 07-00703.

　　　　3.　On February 15, 2007 Judge Illson ordered that all three cases be related to C 07-00702.

　　　　4.　All parties believed and intended that all motions filed thereafter under case number C 07-00702 applied to all three case numbers.

2

| | |
|---|---|
| 1 | 5. Plaintiffs and Defendants jointly agree that each motion filed under case |
| 2 | number C 07-00702 shall apply to case numbers C 07-00703 and C 07-00712. |
| 3 | 6. Plainitffs and Defendants jointly agree that each order issued under any case |
| 4 | number shall apply to all three cases. |
| 5 | |
| 6 | **IT IS HEREBY STIPULATED AND AGREED THAT:** |
| 7 | 1. All motions previously filed under case number C 07-00702 apply to case |
| 8 | numbers C 07-00703 and C 07-00712. |
| 9 | 2. All orders issued under case number C 07-00702 shall and will apply to case |
| 10 | numbers C 07-00703 and C 07-00712. |

3

| | |
|---|---|
| | Respectfully submitted, |
| Dated: May 2, 2007 | **LEVIN SIMES KAISER & GORNICK LLP**<br>JEFFREY KAISER<br>JESSICA BIERNIER |
| | By: _____/s/_____<br>      Jessica Biernier |
| | Attorneys for Plaintiffs<br>GERALDINE BURTON, MARK BURTON<br>and BLAINE BURTON |
| Dated: May 2, 2007 | **BRYAN CAVE LLP**<br>ROBERT E. BOONE III<br>AMY M. GANTVOORT |
| | By: _____/s/_____<br>      Amy M. Gantvoort |
| | Attorneys for Defendant<br>McDonnell Douglas Corporation |
| Dated: May 2, 2007 | **PERKINS COIE LLP**<br>RONALD McINTIRE<br>BO KIM |
| | By: _____/s/_____<br>      Bo Kim |
| | Attorneys for Defendant<br>THE BOEING COMPANY |
| Dated: May 2, 2007 | **TUCKER ELLIS & WEST LLP**<br>LILLIAN MA<br>BRIAN CLARK |
| | By: _____/s/_____<br>      Lillian Ma |
| | Attorneys for Defendant<br>UNITED TECHNOLOGIES CORPORATION<br>fka PRATT & WHITNEY, INC. |

**ORDER**

Based upon the foregoing, and finding good cause therefor, it is hereby ORDERED that:

All motions previously filed under case number C 07-00702 apply to case numbers C 07-00703 and C 07-00712.

All orders issued under case number C 07-00702 shall and will apply to case numbers C 07-00703 and C 07-00712.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____     _____
                        Honorable Susan Illston
                        UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C 07-0712 SI
STIPULATION TO CONTINUE CMC AND
[PROPOSED] ORDER